FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 09, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JACOB ANDERSON and KELSEY RUETER, a married couple,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>AMERICAN BANKERS INSURANCE COMPANY OF AMERICA, a foreign insurer,<br><br>　　　　　　　　　　Defendant. | NO. 2:25-CV-0399-TOR<br><br>ORDER ON STIPULATED MOTION TO DISMISS |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss. ECF No. 13. The parties agree that Plaintiff's claims shall be dismissed with prejudice and each party shall bear their own costs and attorneys' fees. ECF No. 13. The Court has reviewed the record and files herein and is fully informed.

Pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss a case if the parties file and sign a stipulation to dismiss.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Dismiss (ECF No. 13) is **GRANTED.**

ORDER ON STIPULATED MOTION TO DISMISS ~ 1

2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this matter is **DISMISSED** with prejudice and without costs or attorneys' fees to any party.

3. All deadlines, hearings, and trial date are **VACATED.**

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED February 9, 2026.



THOMAS O. RICE
United States District Judge

ORDER ON STIPULATED MOTION TO DISMISS ~ 2